# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN GINSTER,<br><br>Defendant. | Case No. 5:21-cv-01957-MCS-SP<br><br>**ORDER GRANTING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION TO VOLUNTARILY DISMISS ALL CLAIMS AGAINST DEFENDANT RYAN GINSTER (JS-6) (ECF No. 40)** |

The Court has received and reviewed Plaintiff Securities and Exchange Commission's Motion to Voluntarily Dismiss all Claims against Defendant Ryan Ginster.

NOW THEREFORE, for good cause shown, the COURT hereby APPROVES the motion and ORDERS that:

Plaintiff's claims against Defendant Ginster are hereby dismissed in their entirety. The Court directs the Clerk to lift the stay and close the case.

**IT IS SO ORDERED.**

DATED: April 22, 2024

_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1